```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   CRISTINA PENA
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DONALD GANDY
```

FILED
JUL 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DONALD GANDY,<br><br>           Defendant. | No: 10 - mj-055 - DAD<br><br>STIPULATION [AND ~~PROPOSED~~ *DAD* ORDER] TO CONTINUE CHANGE OF PLEA<br><br>Date: July 13, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

    The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Lauren Cusick, Attorney for DONALD GANDY, hereby stipulate to continue the change of plea set for July 13, 2010 to July 27, 2010 at 10:00 a.m.

/ / /

/ / /

/ / /

1      Mr. Gandy needs additional time to review and return a signed copy
2  of the plea agreement. Mr. Gandy will file a motion to plead in
3  absentia because he does not have the financial means and availability
4  necessary to travel.
5
6  Dated: July 12, 2010                Respectfully submitted,
7
                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Lauren Cusick
                                          LAUREN CUSICK
                                          Assistant Federal Defender
                                          Attorneys for DONALD GANDY

Dated: July 12, 2010                BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          MATTHEW STEGMAN
                                          Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 7/12/10

                                          /s/ Dale A. Drozd
                                          HON. DALE A. DROZD
                                          United States Magistrate Judge